IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNE KRAUSE**<br>*Plaintiff*<br><br>v.<br><br>**CAROLYN W. COLVIN, Acting**<br>**Commissioner of Social Security,**<br>*Defendant* | **CIVIL ACTION**<br><br>**NO. 13-7349** |

## ORDER

**AND NOW**, this 20th day of March 2015, upon consideration of Plaintiff's *objections to the report and recommendation of the magistrate judge*, [ECF 11], Defendant's response thereto, [ECF 13], and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, [ECF 10], it is hereby **ORDERED** that:

(1) Plaintiff's objections are **OVERRULED**;

(2) The Court **APPROVES** and **ADOPTS** Magistrate Judge Richard A. Lloret's Report and Recommendation;

(3) Plaintiff's request for review is **DENIED**; and

(4) Judgment is entered in this matter against Plaintiff and in favor of Defendant.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.

1